**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DENNIS KEITH BATES                                                              PLAINTIFF

V.                                    NO. 3:12CV00002 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                         DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 26th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE