**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DENNIS KEITH BATES                                                                           PLAINTIFF

V.                                  NO. 3:12CV00002 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                      DEFENDANT

**JUDGMENT**

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 26th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE