IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENNIS KEITH BATES                                                                     PLAINTIFF

V.                                        NO. 3:12CV00002 JTR

CAROLYN W. COLVIN,
Commissioner, Social
Security Administration                                                                DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees under the Equal Access to Justice Act ("EAJA"). (Docket entry #14).

Plaintiff's attorney, David J. Throesch, requests a total payment of $4,005.00, consisting of 22.25 hours of attorney work at the hourly rate of $180.00. The Commissioner does not object to Plaintiff's request. (Docket entry #15).

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and that the amount requested is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA (docket entry #14) is GRANTED. IT IS FURTHER ORDERED that Plaintiff is awarded $4,005.00 in attorney's fees under the EAJA.

Dated this 2nd day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE